UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :
: Criminal No. 06-686
V. :
: **CONSENT ORDER**
THERESA MARTINEZ :

This matter having been opened to the Court by the defendant, Theresa Martinez, by her attorney, K. Anthony Thomas, Esq., Assistant Federal Public Defender, with the government having no specific objection for an Order allowing Ms. Martinez's to attend and/or participate in her sister's wedding ceremony on August 2, 2008, and for good cause shown;

WHEREFORE, it is on this ___ day of July, 2008,

ORDERED that Ms. Martinez is allowed to attend and/or participate in her sister's wedding ceremony on August 2, 2008. The ceremonial events:

| | | |
|---|---|---|
| 11:30 a.m. | - | Family Photograph at Staybridge Suites, 4315 U.S. Route 1, South, Princeton, New Jersey 08540; |
| 1:00 p.m. | - | Leave Hotel; |
| 1:30 - 2:30 p.m. | - | First Ceremony at the Islamic Society of Central New Jersey, 4145 U.S. Route 1 South & Promenade Avenue, South Brunswick, New Jersey 08852; |
| 3:00 - 4:00 p.m. | - | Second Ceremony at Colonial Park, 156 Metters Lane, Perennia Gardens, Somerset, New Jersey 08873; |
| 4:00 - 4:45 p.m. | - | Pictures at Colonial Park; |
| 5:00 - 12:00 a.m. | - | Reception: VFW of Sayerville, Jernee Mill Road, Sayerville, New Jersey 08872. |

IT IS FURTHER ORDERED that Ms. Martinez is allowed to leave her residence on Saturday, August 2, 2008, at 9:30 a.m. and **must** return before 1:30 a.m. on Sunday, August 3, 2008;

IT IS FURTHER ORDERED that no later than Friday, July 31, 2008, Ms. Martinez shall confirm with her U.S. Probation Officer the ceremonial events and any changes there in;

IT IS FURTHER ORDERED that all other conditions of supervised release previously ordered shall remain in full force.

HONORABLE HAROLD A. ACKERMAN
SENIOR UNITED STATES DISTRICT JUDGE

I hereby consent to the form
and entry of the above Order.

CHRISTOPHER J. CHRISTIE
United States Attorney

Adam S. Lurie
Assistant U.S. Attorney

K. Anthony Thomas
Assistant Federal Public Defender